08 CV 7076

JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

SONY/ATV SONGS, LLC,

        Plaintiff,

-against-

CHICKDOWNTOWN, CHICK LLC,
AMY REED, JOHN DOES 1-10, and
XYZ CORPORATIONS 1-10,

        Defendants.

----------------------------------------------------------X

08 Civ. _____

**RULE 7.1 STATEMENT**

RECEIVED
AUG 0 8 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for plaintiff Sony/ATV Songs, LLC, certifies that the parent companies for Sony/ATV Songs LLC are Sony/ATV Music Publishing LLC and Sony/MJ Music Publishing LLC. These companies are partially-owned, indirect subsidiaries of Sony Corporation, a publicly traded corporation organized under the laws of Japan.

Dated: New York, New York
      August 8, 2008

                        PRYOR CASHMAN LLP

                        By: _____
                        Frank P. Scibilia (FS-3984)
                        (fscibilia@pryorcashman.com)
                        410 Park Avenue
                        New York, New York 10022
                        (212) 421-4100

                        *Attorneys for Plaintiff*