UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 7076

SONY/ATV SONGS, LLC

, Plaintiff(s)

- against -

CHICKDOWNTOWN, CHICK LLC, ANY REED, JOHN DOES 1-10, AND XYZ CORPS, 1-10

, Defendant(s)

State of Pennsylvania   )
                        ) ss.:
County of ALLEGHENY     )

AFFIDAVIT OF SERVICE

KEN KEARNEY being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Pennsylvania. That on 08/11/2008 at 1:16 PM at:
   CHICKDOWNTOWN
   717 LIBERTY AVENUE
   PITTSBURGH PA 15222
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN SOUTHERN DISTRICT OF NEW YORK
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN

on CHICKDOWNTOWN

a domestic and/or foreign corporation
by delivering thereat true copies to John Doe (refused name)
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Manager and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35   HEIGHT: 6'0"   WEIGHT: 200   HAIR:   RACE: WHITE   SEX: MALE

SWORN TO BEFORE ME 8-22-08

KEN KEARNEY                      Lic. #

OUR DOC# 21756
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York NY 10022
212 326-0248
13103-18

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert L. Junstrom, Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires March 7, 2009
Member, Pennsylvania Association of Notaries

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 7076

SONY/ATV SONGS, LLC

, Plaintiff(s)

- against -

CHICKDOWNTOWN, CHICK LLC, AMY REED, JOHN DOES 1-10, AND XYZ CORPS, 1-10

, Defendant(s)

State of Pennsylvania  )
                       )  SS.:
County of ALLEGHENY    )

AFFIDAVIT OF SERVICE

KEN KEARNEY being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Pennsylvania. That on 08/11/2008 at 1:16 PM at:
    CHICK LLC
    717 LIBERTY AVENUE
    PITTSBURGH PA 15222
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN SOUTHERN DISTRICT OF NEW YORK
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN

on CHICK LLC

a domestic and/or foreign corporation
by delivering thereat true copies to John Doe (refused name)
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Manager and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35  HEIGHT: 6'0"  WEIGHT: 200  HAIR: BLONDE  RACE: WHITE  SEX: MALE

SWORN TO BEFORE ME  8-22-08

KEN KEARNEY  Lic. #

OUR DOC# 21757
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue
New York NY 10022
212 326-0248
13103-18

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert L. Junstrom, Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires March 7, 2009
Member, Pennsylvania Association of Notaries